NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**K-TEC, INC.,**
*Plaintiff-Appellee,*

v.

**VITA-MIX CORPORATION,**
*Defendant-Appellant.*

---

2011-1244, -1484, -1512 •

---

Appeals from the United States District Court for the District of Utah in case no. 06-CV-0108, Judge Tena Campbell.

-------------------------------------------------------------------------

---

**VITA-MIX CORPORATION,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**K-TEC, INC.,**
*Appellee.*

2012-1024
(Reexamination No. 95/000,339)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

Before MOORE, *Circuit Judge.*

## ORDER

K-TEC, Inc. (K-TEC) moves to vacate a portion of this court's order on December 15, 2011, which treated the above-captioned cases as companion cases for purposes of oral argument and to refer the motion to a judge or a panel of judges. Vita-Mix Corporation opposes. The court treats K-TEC's motion as a motion for reconsideration.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JAN 2 7 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Alan L. Briggs, Esq.
Brett L. Foster, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 7 2012

JAN HORBALY
CLERK

L. Grant Foster, Esq.
Raymond T. Chen, Esq.

s24